U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
OCT 27 2009
AT_____ O'CLOCK_____
Lawrence K. Baerman, Clerk - Syracuse

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF NEW YORK

*********************************************

**UNITED STATES OF AMERICA**

**Criminal Action No. 5:08-MJ-357**

v.

**TODD FARNEY,**

              **Defendant.**

*********************************************

## ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the Northern District of New York hereby dismisses the Criminal Complaint against Todd Farney, the defendant.

The reason(s) for this dismissal are (check one or more):

    ___ Case transferred to another District

    ___ Speedy Trial Act

    ___ Defendant's cooperation

    ___ Insufficient evidence at this time

    _X_ Other:  Defendant completed pre-trial diversion

With respect to this dismissal, defendant (check one):

__X__ Consents

____ Objects

____ Has not been consulted

This dismissal is without prejudice.

                                              ANDREW T. BAXTER
                                              United States Attorney

By: _____
     John M. Katko
     Assistant U.S. Attorney
     Bar Roll No. 502457

Leave of court is granted for the filing of the foregoing dismissal.

Dated:    October 27, 2009    _____
            Syracuse, New York    Hon. Gustave J. DiBianco
                                           United States Magistrate Judge